## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Boston Private Bank and Trust Company

               Plaintiff

                 CIVIL ACTION

     V.

Snake River Sporting Club Development Company LLC et al   NO. 13cv13043-WGY

             Defendant

## ORDER OF CLOSURE

YOUNG DJ,

In accordance with the Court's Memorandum and Order dated November 24, 2014, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED.

                 By the Court,

January 8, 2015                /s/Matthew A. Paine

    Date                           Deputy Clerk